# United States District Court, Eastern District of Washington
## Senior Judge Lonny R. Suko
## Yakima

**USA v. DEZMONIQUE TENZSLEY**        Case No.   2:22-MJ-370-JAG-1

Spokane Video Conference (LRS @ Yakima; Counsel and Defendant @ Spokane)
Defendant consented to appear via video conference

**Initial Appearance on Complaint:**                                                                10/24/2022

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Richard Barker, US Atty |
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Colin Prince, Defense Atty |
| ☒ | Chris Heinen, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA motion for detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Complaint |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Complaint |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Complaint read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

Defendant appeared, in custody, with counsel, and acknowledged to the Court that his true and correct name is DEZMONIQUE TENZSLEY.

Defendant was advised of his rights and the allegations contained in the Complaint.

Based on information provided in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

Government has filed a motion for detention.

Defense counsel believes a detention hearing is not required in this matter as Defendant does not pose a serious risk of flight or danger to the community.

Government made factual proffers and argued detention is appropriate under 18 USC 3142(f) based on prior convictions for crimes of violence and serious risk of flight.

Rebuttal.

The Court set a detention hearing set on November 2, 2022 (date requested by defense counsel).

**The Court ordered:**
1. Discovery to be provided according to Local Rules on discovery.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
3. Detention hearing set on November 2, 2022, at 1:30 p.m.
4. Preliminary hearing set on November 2, 2022, at 1:30 p.m.

5. Status hearing set on November 2, 2022, at 1:30 p.m.
6. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hrg:** <br> 11/02/2022 <br> @ 1:30 p.m. [S/JAG] | **Preliminary Hrg:** <br> 11/02/2022 <br> @ 1:30 p.m. [S/JAG] | **Status Hrg:** <br> 11/02/2022 <br> @ 1:30 p.m. [S/JAG] |
|---|---|---|